# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMERALD COAST UTILITIES AUTHORITY,<br><br>    Plaintiff,<br>v.<br><br>3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.); BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD; NATIONAL FOAM, INC.; TYCO FIRE PRODUCTS LP; JOHN DOE DEFENDANTS 1-49,<br><br>    Defendants.<br>_____ | Case No.: 3:18-CV-01445-MCR-CJK |

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Morgan Vasigh, Esq., with consent of Defendant Buckeye Fire Equipment Co., and moves this Court to permit substitution of counsel from Morgan Vasigh, Esq. with the law firm of Lewis Brisbois Bisgaard & Smith LLP, to Stefan Alvarez, Esq. with the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Morgan Vasigh requests that Stefan Alvarez, Esq. be substituted as counsel for Defendant Buckeye Fire Equipment Co., and that she be relieved of any further responsibility in this matter. Stefan Alvarez, Esq. filed his Notice of Appearance on November 2, 2018.

## CERTIFICATION UNDER RULE 7.1(B)

Pursuant to N.D. Fla. Loc. R. 7.1(B), counsel for Buckeye Fire Equipment Co. certifies that counsel for the Plaintiff consents to the requested substitution.

Dated:   November 2, 2018

        Respectfully submitted,

        LEWIS BRISBOIS BISGAARD & SMITH LLP

        */s/ Morgan Vasigh*
        Morgan V. Vasigh
        Florida Bar 109306
        Morgan.Vasigh@lewisbrisbois.com
        Lysette.Andrade@lewisbrisbois.com
        Flcourtmail@lewisbrisbois.com
        401 East Jackson Street, Suite 3400
        Tampa, Florida 33602
        Phone:  813.739.1900; Fax:  813.739.1919

        *Attorneys for Defendant Buckeye Fire Equipment Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November 2018, the foregoing has been served upon all attorneys of record via electronic filing using the CM/ECF system.

        */s/ Morgan Vasigh*
        Morgan V. Vasigh